IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY D. WATERS, | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) |   2:01cv1280-T |
| BAYER CORPORATION, | ) | |
| | ) | |
|     Defendant | ) | |

## ORDER

Based upon the representations made during an on-the-record conference on August 17, 2005, it is ORDERED that plaintiff Gertrude Gamble and her claims are severed.

The clerk of the court is DIRECTED to set up a separate case with a separate civil action number.

DONE, this the 17th day of August, 2005.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE