IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL Docket No. 1407<br>Complaint of Gertrude Gamble<br>Re: CMO No. 15 |
| This document relates to: | | |
| GREGORY WATERS, et al; | ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| BAYER CORPORATION, | ) ) | **03-CV-01403-CMP** |
| Defendant | ) | |

**CV03-1403**

Case No. 2:2002cv00019
Plaintiffs: Gertrude Gamble
CV# _____

## AMENDED COMPLAINT PURSUANT TO CMO 15

Now comes the Plaintiff, Gertrude Gamble, by and through her undersigned attorney and pursuant to CMO 15, files this Amended Complaint to comply with CMO 15. Plaintiff adopts and incorporates the allegations of the Original Complaint filed in In Re PPA Products Liability Litigation 1407: Waters, et al v. Bayer Corporation, USDC Middle District of Alabama, Case No.: 2:2002cv00019 and any Amended Complaints already filed and accepted by the Court prior to May 29, 2003, and further states that:

1. Plaintiff, GERTRUDE GAMBLE, is over the age of 19 years, and is a resident of Mobile, Mobile County, Alabama. Gertrude Gamble suffered a right parietal intraparenchymal hemorrhage on August 17, 2000, within 12 hours of taking Alka-Seltzer Plus Cold.

1

Respectfully Submitted,

LEILA H. WATSON
Alabama State Bar No. WAT052
**CORY, WATSON, CROWDER, & DEGARIS**
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, pursuant to the Federal Rules of Civil Procedure and the applicable Case Management Orders issued by the United States District Court for the Western District of Washington at Seattle, a true and correct copy of Plaintiff's Amended Complaint Pursuant to CMO 15 has been mailed to the following counsel of record, by U.S. Mail, on this 24 of June, 2003:

Douglas Hofmann, Defendant's Liaison Counsel
Williams, Kastner, & Gibbs, PLLC
4100 Two Union Square
Seattle, WA 98101

Philip Butler, Defendant's Local Counsel
Bradley, Arant, Rose, & White, LLP
100 North Union Street
Suite 650
Montgomery, AL 36102

Lance Palmer, Plaintiff's Liaison Counsel
Levinson Friedman
Pacific Building
720 Third Avenue, Suite 1800
Seattle, WA 98104

2

_____
LEILA H. WATSON