UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUL 14 2003

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | MDL NO. 1407 |
| GERTRUDE GAMBLE,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION,<br><br>Defendant. | CIVIL ACTION NUMBER: 2:03-CV-1403 BJR<br><br><br><br>ANSWER OF BAYER CORPORATION TO AMEMDED COMPLAINT OF GERTRUDE GAMBLE PURSUANT TO CMO 15 |

COMES NOW Defendant BAYER CORPORATION (hereinafter referred to as "Bayer") and answers Plaintiff's unverified Amended Complaint Pursuant to CMO 15, served on Bayer and for the same would show the Court as follows:

Bayer fully incorporates by reference any and all statements, admissions, denials and affirmative defenses contained in its answer on file in *In Re PPA Products Liability Litigation*, MDL No. 1407, *Gregory D. Waters, et al. v. Bayer Corporation*, Civil Action Number 2:2002CV00019, as if fully set forth herein.



03-CV-01403-ANS

1/1069481.2

1. In answer to paragraph 1, Bayer denies any implication that Bayer engaged in any wrongdoing whatsoever. Bayer admits that Plaintiff is over the age of nineteen and a resident of Mobile County, Alabama. As to the remaining allegations, Bayer lacks knowledge and information sufficient to form a belief as to the truth of the allegations asserted and therefore denies the allegations contained therein.

_____
Brian A. Wahl
One of the Attorneys for Defendant Bayer
Corporation

**OF COUNSEL:**
James W. Gewin
John D. Watson, III
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Tel: (205) 521-8000
Fax: (205) 521-8800

1/1069481.2

## CERTIFICATE OF SERVICE

I hereby certify that I have this _11th_ day of July, 2003, served a true and correct copy of the foregoing on below listed parties to this proceeding by mailing the same in the United States mail, properly addressed and first class postage prepaid.

**COUNSEL FOR PLAINTIFF**
Leila H. Watson, Esq.
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328-2200

**PLAINTIFFS' LIAISON COUNSEL**
Lance Palmer, Esq.
LEVINSON FRIEDMAN PS
720 Third Avenue
Suite 1800
Seattle, WA 98104-1845

**DEFENDANTS' LIAISON COUNSEL**
Douglas Hoffman, Esq.
WILLIAMS KASTER & GIBBS, PLLC
P.O. Box 21926
Seattle, WA 98111-3926

OF COUNSEL

1/1069481.2