**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **GERTRUDE GAMBLE,** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>)<br>**BAYER CORPORATION,** )<br>)<br>    **Defendant.** ) | **CIVIL ACTION NUMBER:**<br>**2:05-CV-00788-MHT-VPM** |

**MOTION TO ALTER TRIAL SETTING**

DEFENDANT Bayer Corporation ("Bayer") moves the court to alter the trial setting contained in its Uniform Scheduling Order dated August 31, 2005. In support of this Motion, Bayer states as follows:

1. This matter is currently set to be tried on October 2, 2006.

2. The Honorable L. Scott Coogler, U.S. District Court Judge for the Northern District of Alabama, had previously scheduled a trial involving Bayer, its trial counsel, and the same product at issue in this case, for October 10, 2006 in Birmingham. That matter is styled Vivian Lamar v. Bayer Corporation, 2:03-CV-00302-LSC (N.D. Ala.).

3. It is anticipated at this time that it would not be possible for this matter to be tried to a jury verdict in time to begin the trial of the Lamar action. Bayer expects the trial of this matter to last two to three weeks.

4. Bayer has no other objections to the Uniform Scheduling Order.

2

5.   Counsel for Plaintiff Gertrude Gamble has no objection to this matter being set for jury trial in November 2006.

WHEREFORE, PREMISES CONSIDERED, Bayer Corporation respectfully requests that this matter be re-set for jury trial in November 2006. If no trial date is available in November 2006, Bayer Corporation would request a trial setting on the Court's next available trial docket.

s/Brian A. Wahl
Attorney for Bayer Corporation

OF COUNSEL:

BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203-2104
(205) 521-8000

CERTIFICATE OF SERVICE

      I hereby certify that on September 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Leila H.Watson
> Cory, Watson, Crowder & DeGaris, P.C.
> 2131 Magnolia Avenue, 2nd Floor
> Birmingham, Alabama 35205

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> None.

> Respectfully submitted,
>
> s/ Brian A. Wahl
> Brian A. Wahl
> Bradley Arant Rose & White LLP
> One Federal Place
> 1819 Fifth Avenue North
> Birmingham, AL 35203-2119
> Telephone: (205) 521-8000
> Facsimile: (205) 521-8800
> E-mail: bwahl@bradleyarant.com