IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **GERTRUDE GAMBLE,** | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:05cv788-T |
| | ) | |
| **BAYER CORPORATION,** | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that defendant's motion to alter trial setting (Doc. No. 7) is denied. As the trial term nears, the court will work with Judge Coogler to avoid any conflict between this case and the Birmingham case.

DONE, this the 15th day of September, 2005.

                                             /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**