IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GERTRUDE GAMBLE**  )  <br>  )  <br>    **Plaintiff,**  )  <br>  )  <br> **v.**  )  <br>  )  <br> **BAYER CORPORATION,**  )  <br>  )  <br>    **Defendant.**  ) | **CIVIL ACTION NO.**  <br> **2:05-cv-00788-MHT-VPM** |

## JOINT STIPULATION FOR DISMISSAL

Plaintiff Gertrude Gamble and Defendant Bayer Corporation, by and through their counsel of record, hereby stipulate that the above-styled action may be dismissed with prejudice, each party to bear its own costs.

| | |
|---|---|
| s/Leila H. Watson | s/Brian A. Wahl |
| Leila H. Watson | Brian A. Wahl |
| Attorney for Plaintiff | One of the Attorneys for Bayer Corporation |
| Cory, Watson, Crowder & DeGaris, P.C. | Bradley Arant Rose & White LLP |
| 2131 Magnolia Avenue, Suite 200 | One Federal Place -1819 Fifth Avenue North |
| Birmingham, AL 35205 | Birmingham, AL 35203-2104 |
| | |
| Dated: May 15, 2006 | Dated: May 15, 2006 |

1/1392952.1

CERTIFICATE OF SERVICE

      I hereby certify that on May 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**COUNSEL FOR PLAINTIFF**
Leila H. Watson
Attorney for Plaintiff
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Suite 200
Birmingham, AL 35205

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

Respectfully submitted,

s/ Brian A. Wahl
Brian A. Wahl
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: bwahl@bradleyarant.com